AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bramlette, III, David C. | U. S. District Court Southern District of Mississippi | 5/8/08 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Senior Status | ___ Nomination, Date _____  ___ Initial __X__ Annual ____ Final  5b. ___ Amended Report | January 1, 2007 – December 31, 2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P. O. Box 928 Natchez, MS 39121 | Reviewing Officer _____ Date_____ |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

☐ **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee Emeritus | Mississippi Nature Conservancy |
| 2. Member Board of Trustees | Natchez Literary Celebration |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

☒ **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

☒ **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

☒ **N/A** **NONE** (No reportable non-investment income.)

1.

2.

FINANCIAL DISCLOSURE OFFICE  2008 MAY 13 A 11:40  RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bramlette, III, David C. | 5/8/08 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[x] **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[x] **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

[x] **NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bramlette, III, David C. | 5/8/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 SEE ADDENDUM CONSISTING OF EIGHTEEN (18) PAGES ATTACHED HERETO | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bramlette, III, David C. | 5/8/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Sig █████████████████████

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 1. 50% interest in rental account- Regions Bank (formerly AmSouth Bank) acct. | A | rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank (formerly AmSouth Bank) acct. | A | rent | J | T | | | | | |
| 3. 25% interest in farm acct.-Regions Bank (formerly AmSouth Bank) acct. | A | rent | J | T | | | | | |
| 4. 25% interest in estate account-inherited property Regions Bank (formerly AmSouth Bank) acct. | E | rent | J | T | | | | | |
| 5. Entergy | A | div. | K | T | | | | | |
| 6. GW Utilities, Ltd. | B | div. | J | T | | | | | |
| 7. Hibernia Bank | A | div. | J | T | Transferred to New Investment Acct. Item No. 84 and then sold and proceeds put in ready asset account | | | | |
| 8. CSX | A | div. | J | T | | | | | |
| 9. Abitibi-Price, Inc. | A | div. | J | T | | | | | |
| 10. Highland Corp. | C | div. | J | T | | | | | |
| 11. Highpoint Corp. | A | div. | J | T | | | | | |
| 12. Nuveen Flagship Muni. Bond | A | int. | J | T | | | | | |
| 13. Washington Mutual Investors Trust | A | div. | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 14. First Colony Life | B | div. | K | T | | | | | |
| 15. Penn Mutual | A | div. | M | T | | | | | |
| 16. New York Life | A | div. | L | T | | | | | |
| 17. Equitable Life | A | div. | L | T | | | | | |
| 18. Southern Farm Bureau | A | div. | J | T | | | | | |

19. CHARLES SCHWAB (FORMERLY MERRILL LYNCH) INVESTMENT ACCOUNT:

STOCKS:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AMR Corp. | A | div. | J | T | Sold | 12/19 | J |
| AT&T New | A | div. | J | T | | | |
| Agilent Technologies, Inc. | A | div. | J | T | Sold | 11/29 | J |
| American Intl. Group Inc. | A | div. | J | T | | | |
| Anadarko Pete Corp. | A | div. | J | T | | | |
| Arkansas Power & Light | B | div. | J | T | | | |
| Ashland, Inc. | A | div. | J | T | | | |
| Avery Dennison | A | div. | J | T | Sold | 10/23 | J |
| BMC Software, Inc. | A | div. | J | T | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| BankAmerica Corp. New Del | A | div. | J | T | | | | | |
| Baxter Interntl, Inc. | A | div. | J | T | | | | | |
| Becton Dickinson & Co. | A | div. | J | T | Buy | 9/28 | J | | |
| BJ Services Co. | A | div. | J | T | Sold | 3/19 | J | | |
| BP Amoco PL | A | div. | J | T | | | | | |
| Burlington N Sante Fe | A | div. | J | T | | | | | |
| Carnival Corp. | A | div. | J | T | | | | | |
| Caterpillar, Inc. | A | div. | J | T | | | | | |
| Chubb Corp. | A | div. | J | T | | | | | |
| CIGNA | A | div. | J | T | | | | | |
| CISCO Systems, Inc. | A | div. | J | T | | | | | |
| Coca Cola Ent. | A | div. | J | T | Sold | 9/28 | J | | |
| Corning Inc. | A | div. | J | T | Buy | 6/4 | J | | |
| Coventry Health Care Inc. | A | div. | J | T | Sold | 6/28 | J | | |
| Deere & Co. | A | div. | J | T | | | | | |
| Dominion Res Inc VA New | A | div. | J | T | | | | | |
| Donnelley RR L& Sons Co. | A | div. | J | T | Buy | 1/24 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME<br>during<br>reporting<br>period | | C.<br>GROSS VALUE<br>at end of<br>reporting<br>period | | D.<br>TRANSACTIONS<br>during<br>reporting<br>period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1<br>Code | (2)<br>Type | (1)<br>Value2<br>Code | (2)<br>Value<br>Method3 | (1)<br>Type | (2)<br>Date | If not exempt from disclosure | | |
| | | | | | | | (3)<br>Value2<br>Code | (4)<br>Gain1<br>Code | (5)<br>Identity |
| Dow Chemical Company | A | div. | J | T | Buy | 5/2 | J | | |
| E Trade Financial Corp. | A | div. | J | T | Buy | 7/11 | J | | |
| Ericson LM Tel CL B ADR | A | div. | J | T | Sold | 11/28 | J | | |
| First Energy Corp. | A | div. | J | T | Sold | 2/28 | J | | |
| Fisher Scientific IN | A | div. | J | T | | | | | |
| Freeport McMorn CP&GLD B Class B | A | div. | J | T | | | | | |
| General Dynamics Corp. | A | div. | J | T | | | | | |
| General Electric | A | div. | J | T | | | | | |
| Glaxo Smith Kline PLC AD RF | A | div. | J | T | Sold | 7/30 | J | | |
| Global Sante Fe Corp. Stock merger w/Transocean Inc., NEW | A | div. | J | T | Buy<br>Stock<br>Merger | 9/10<br>11/27 | J<br>J | | |
| Goldman Saks Group Inc | A | div. | J | T | Buy | 12/20 | J | | |
| Harris Corporation | A | div. | J | T | Buy | 11/29 | J | | |
| Hewlett Packard Co. | A | div. | J | T | | | | | |
| Home Depot | A | div. | J | T | Sold | 6/28 | J | | |
| Intl. Business Machines | A | div. | J | T | Buy | 8/31 | J | | |
| Johnson & Johnson | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Kroger Co. | A | div. | J | T | Buy | 9/11 | J | | |
| L-3 Communications HLDGS | A | div. | J | T | | | | | |
| Laboratory CP Amer Hldgs. | A | div. | J | T | | | | | |
| MGIC Investment Corp. | A | div. | J | T | Sold | 7/26 | J | | |
| Manpower, Inc. | A | div. | J | T | | | | | |
| Merrill Lynch & Co. | A | div. | J | T | Sold | 9/7 | J | | |
| J P Morgan Chase & Co. | A | div. | J | T | | | | | |
| Morgan Stanley | A | div. | J | T | Buy | 9/10 | J | | |
| | | | | | Sold | 12/20 | J | | |
| Nestle SA Rep RG SH ADR | A | div. | J | T | | | | | |
| Nokia Corp. | A | div. | J | T | | | | | |
| Norfolk Southern Corp. | A | div. | J | T | | | | | |
| Nucor Corp. | A | div. | J | T | Sold | 1/24 | J | | |
| Patterson UTI Energy Inc. | A | div. | J | T | Sold | 4/20 | J | | |
| Pfizer | A | div. | J | T | | | | | |
| Pitney Bowes | A | div. | J | T | Buy | 6/29 | J | | |
| Plum Creek Timber Co. - REIT | A | div. | J | T | Sold | 2/5 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| PNC FINCL Service Group | A | div. | J | T | | | | | |
| Praxair, Inc. | A | div. | J | T | | | | | |
| Proctor Gamble | A | div. | J | T | | | | | |
| Prudential Financial, Inc. | A | div. | J | T | | | | | |
| Public Svc Ent Group | A | div. | J | T | Buy | 2/20 | J | | |
| Quest Diagnostics | A | div. | J | T | Buy Buy | 7/27 11/7 | J J | | |
| Republic Services, Inc. | A | div. | J | T | | | | | |
| Rockwell Collins Inc. | A | div. | J | T | Buy | 8/7 | J | | |
| Sara Lee Corp. | A | div. | J | T | Buy | 1/26 | J | | |
| Schering Plough Corp. | A | div. | J | T | | | | | |
| Schlumberger LTD. | A | div. | J | T | | | | | |
| Seagate Technology | A | div. | J | T | Sold | 7/11 | J | | |
| Shire PLC ADR | A | div. | J | T | Sold | 6/28 | J | | |
| St Paul Travelers Cos | A | div. | J | T | Sold | 1/26 | J | | |
| Sunburst Bks Inc. | A | div. | J | T | | | | | |
| Target | A | div. | J | T | | | | | |
| Terex Corp. | A | div. | J | T | Sold | 6/14 | J | | |
| Time Warner | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Travelers PPTY CAS CRP A | A | div. | J | T | | | | | |
| United Parcel Service | A | div. | J | T | Sold | 2/14 | J | | |
| 3M Company | A | div. | J | T | Buy | 4/23 | J | | |
| CASH & EQUIVALENTS: CMA Money Fund | A | int. | K | T | | | | | |
| CMA Government Securities Fund | B | int. | J | T | | | | | |
| MUNICIPAL BONDS: Jackson, MS Pub Sch Dist | A | int. | K | T | | | | | |
| MS St Univ. EDL Bldg. CRP RV PWR OID FCIC JAN 04 03.500% Aug 01 13 | A | Int. | L | T | | | | | |
| MS St 5.5%10 GO UTX Due 9/1/10 | A | Int. | K | T | | | | | |
| MS St 5.25%13 GO Due 11/1/13 | A | Int. | K | T | Buy | 6/6 | K | | |
| 20. Undivided 1/4 int. in ▮▮▮▮▮▮, Wilkinson Co., MS Inherited 10/84 - Value at acquisition $250,000 | D | rent | N | R | | | | | |
| 21. Undivided 1/20 int. in ▮▮▮▮▮ property, Adams Co., MS Purchased 8/86 - Value at acquisition $23,000 | C | Timber Sale | K | R | Timber Sale | 11/7 | J | | J. M. Jones Lumber Co. |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 22. Undivided int. in small tract known as ███████, ████, Adams Co., MS Purchased 6/82 - Value at acquisition $5,000 | D | Timber Sale | J | R | Timber Sale | 11/30 | J | | Good Hope, Inc. |
| Additional 50% int. in ████████████████████, a/k/a ██████████████ ██████ Purchased 4/98 - Value at acquisition - $8,098) | | None | J | R | | | | | |
| Additional 50% int. in ████████████████, a/k/a ██████████████ ██████ Purchased 4/98 - Value at acquisition - $12,500 | | None | K | R | | | | | |
| Additional ████████████ ████████ Purchased 8/99 - value at acquisition $16,895 | | None | K | R | | | | | |
| 23. Undivided 1/30 int. in property known as ██████ ████████, Wilkinson Co., MS - Purchased 10/87 - value at acquisition $60,000 | | None | M | R | | | | | |
| Additional 1/30 int. in ████ ████ known as ██████████ ████████ Wilkinson Co., MS - Value at acquisition (2/99) $20,000 | | None | K | R | | | | | |
| Additional 1/30th int. in property known as ██████████ ████████ Wilkinson Co., MS - Value at acquisition $36,666.66 | | None | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 24. 100% ownership (in name of Orchard Corporation) of rental property known as Cliff's Convenience Corner, Wilkinson Co., MS Inherited 1976 - Value at acquisition $65,000 | D | rent | L | R | | | | | |
| 25. Undivided 1/2 int. (in name of Three-Way Corp.) in commercial rental property, Wilkinson Co., MS, including service stations, automobile dealership and surrounding property - Inherited 1984 - Value at acquisition $25,000 | D | rent | K | R | | | | | |
| 26. Undivided 1/4 int. in ▮▮▮ property incl. ▮▮▮ ▮ lots and residence (includes ▮▮▮ in ▮▮▮▮▮, Lots ▮▮▮ and Part of 5 - Inherited 1984 - Value at acquisition $40,000 | E | rent | K | R | | | | | |
| 27. Small law office, ▮▮▮, Woodville, MS Inherited 1984 - Value at | | | | | | | | | |
| 28. Partnership interest in Valley Farm  Bigbee Valley, MS - Inherited 1980 - Value at acquisition $200,000 acquisition $12,000 | D None | Farm & Timber Income | N J | R R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 29. ▮▮▮▮. land Inherited 1980 - Value at acquisition $1,500 | None | J | R | | | | | | |
| 30. 1/4 int. in ▮▮▮▮. of timberland, Wilkinson Co., MS - Inherited 1984 - Value at acquisition $18,000 | None | K | R | | | | | | |
| 31. 1/2 int. in ▮▮▮▮ ▮▮▮▮ Wilkinson Co. Inherited 1984 - Value at acquisition $13,500 | None | J | R | | | | | | |
| 32. Undivided int. in lands located in Noxubee Co., MS, as follows: ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ Inherited 1983 - Value at acquisition $30,000 | C | Tree Farm | M | R | | | | | |
| 33. 1/2 int., ▮▮▮▮ ▮▮▮▮, Lamar Co., AL Series of gifts 1983 - Value at acquisition $10,000 | None | L | R | | | | | | |
| 34. Undivided int. in ▮▮▮▮, Pickens Co., Gift/Inherited 1983 - Value at acquisition $12,000 | A | Roy. | J | R | | | | | |
| 35. 3/16th undivided int. Glasscock Island ▮▮▮▮, ▮▮▮▮, Concordia Parish, LA Purchased 2/92 - Value at acquisition $35,000 | B | Rent | M | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Additional .033337 un-divided interest Glasscock Island in and to ▮▮▮▮▮ Purchased 8/04 - Value at acquisition $42,780 | B | Rent | K | R | | | | | |
| 36. Interest in Layson, ▮▮▮▮▮▮, Wilkinson Co., MS Purchased 3/92 - Value at acquisition $137,500 | B | Conservation Reserve Program | L | R | | | | | |
| 37. Various non-producing undivided ints. in oil, gas and other minerals in the following locations: | | | | | | | | | |
| Noxubee Co., MS | A | roy. | J | W | | | | | |
| Pickens County, AL | A | roy. | J | W | | | | | |
| Tensas Parish, LA | A | roy. | J | W | | | | | |
| Concordia Parish, LA | A | roy. | J | W | | | | | |
| Adams Co., MS | A | roy. | J | W | | | | | |
| Wilkinson Co., MS | A | roy. | J | W | | | | | |
| 38. Producing minerals: ▮▮▮▮▮▮ Lamar Co., AL,Oper., Moon-Hines, Well No. Moon-Hines #1; Cunningham-Taylor; roy. int. .0016129 | A | roy. | J | W | | | | | |
| 39. Jefferson Co., MS: Buena Vista/C.P. and Buena Vista/Burkley-Anderson Oil Company | A | roy. | J | W | | | | | |
| 40. Wilkinson Co., MS: Ashland Oil Co. (now Plains Marketing), various ▮▮▮▮▮ | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 41. Wilkinson Co., MS: Texaco(now Ergon)-Cc. P. Long ▆▆▆▆▆ | A | roy. | J | W | | | | | |
| 42. Amite Co., MS: Waller Bros., Inc.(now J. P. Oil and Gungull Expl.) -Winnie Kepper, et al. | A | roy. | J | W | | | | | |
| 43. Wilkinson Co., MS: Prairie Prod. Co.-Hughes Eastern-Millbrook Unit Adams County, MSA | A | roy. | J | W | | | | | |
| 44. ANCOA-Parker 1-3 & SCBR1 | A | roy. | J | W | | | | | |
| 45. Wilkinson Co., MS: Hood-Goldsberry/D/O ▆▆▆▆▆ | A | roy. | J | W | | | | | |
| 46. Wilkinson Co., MS: Pacific-Enterprises/J. Carter-A. Walker- ▆▆▆▆ | A | roy. | J | W | | | | | |
| 47. .000032 working int. Odgon Unit Wells 2, 3 & 4 | A | int. | K | W | | | | | |
| 48. .0013646 royalty int. Freedom Field, Wilkinson Co., MS CMRA 1 & 2 wells Threshold | B | roy. | J | W | | | | | |
| 49. Vac-Sharp-State Unit, Concordia Parish, LA - (McGowan Working Ptnrs.) | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 50. Undivided ▬ int. in ▬ ▬, Wilkinson Co., MS | None | J | W | | | | | | |
| 51. Producing minerals: Oxy-Well ▬, .0013646 working interest, Wilkinson County, MS | D | roy. | J | W | | | | | |
| 52. 1/6th interest in So. Canal Street Partnership. Partnership formed 1993 - Value at acquisition $50,000) | D | rent | K | R | | | | | |
| 53. ▬ in Wilkinson County, MS, lying in ▬ ▬ ▬, known as Buck Island - Value at acquisition (9/94) $1,600,000 | E | Rent & Timber | P1 | R | | | | | |
| 54. Lot ▬ in size in ▬, Wilkinson County, MS Value at acquisition (10/94) $16,000 | None | J | R | | | | | | |
| Lot ▬ in size in ▬, Wilkinson County, MS Purchased 9/00 - Value at acquisition - $17,000 | None | K | R | | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 55. 1/24th undivided int. in ███████████, ██████ Adams County, MS - Value at acquisition (2/94) $50,000) | G | Timber Sale | K | R | Timber Sale | 3/2 | M | | Scott Settoon |
| 56. U. S. Government Bonds | | None | K | T | | | | | |
| 57. 10% mineral interest in ██████████ ██████████ ██████████ ████, Concordia Parish, LA | A | roy. | J | W | | | | | |
| Additional mineral int. in █████ in ████, ████████████ █████████, Concordia Parish, LA | A | roy. | J | W | | | | | |
| 58. Regions Bank (formerly AmSouth Bank) IRA Account: Washington Mutual Inv. Fund | A | div. | K | T | | | | | |
| U.S. Treas. Sec. Stripped Int. Pmt. Fixed Income | | none | J | T | | | | | |
| 59. 50% interest in Geoghegan Properties, L.P. | C | div. | P1 | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 60. 50% int. in S.C.G. Properties, L. P., including ½ int. in lot owned in Town of Woodville behind Commerical Row and building thereon | E | Rent | L | T | Rent | 2007 | J | | BellSouth |
| 61. 0.045% partnership int. in Walters Group, Ltd. | C | div. | J | T | | | | | |
| 62. 1/2 int. in Hard Times, Inc., | C | rent | K | T | | | | | |
| 63. 2/5 int. ▇▇▇▇ ▇▇ Wilkinson County, MS - Value at acquisition (9/97) $88,000 | | None | M | R | | | | | |
| Additional 20% int. in ▇▇▇▇▇▇▇ Wilkinson County, MS - 5/02 $75,000 | | None | L | R | | | | | |
| 64. ▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇, ▇▇▇▇▇, Wilkinson County, MS - 11/98 and 3/01 - Value at acquisition $300,000 | | None | N | R | | | | | |
| 65. Regions Bank (formerly AmSouth Bank) Money Market Account | A | div. | K | T | | | | | |
| 66. World Wrestling Fedn Entmt, Inc. | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 67. 1/4 int. in ████, ████████, Adams County, MS, known as ███████████ - Value at acquisition (1970) $5,000 | A | rent | J | R | | | | | |
| 68. 50% int. in Parcel ███ ████████████ Woodville, Wilkinson County, MS - Value at acquisition (1997) $40,000 | A | rent | K | R | | | | | |
| 69. Edward Jones Account: | | | | | | | | | |
| Cash and Money Market | A | div. | K | T | | | | | |
| 70. 1/16th int. in ██████, ███████████████, Wilkinson County, MS 12/2000 - Value at acquisition- 30,875 | None | | K | R | | | | | |
| 71. Undivided ████████████ ████████████ Wilkinson County, MS 3/2000 - Value at acquisition - $67,000 | None | | L | R | | | | | |
| 72. 2/24 int. ████████ ████████████████, Wilkinson County, MS - 7/01 $100,000 | None | | L | R | | | | | |
| 73. Undivided 10% of 2/3 int. in ██████████ ████████████████, Wilkinson County, MS 3/02 - $30,231 | None | | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | | If not exempt from disclosure | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amt. 1 Type Code | | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| 74. Undivided int. in ███████████ Wilkinson County, MS 3/02 - $30,231 | None | J | R | | | | | | |
| Undivided int. in ███████████ Wilkinson County, MS 11/02 - $8,722 | None | J | R | | | | | | |
| 75. National Financial Services, LLC (IRA) | A | Int. | K | T | | | | | |
| 76. Munder Funds (Health- care Fund) | None | J | T | | | | | | |
| 77. American Funds (Growth Fund) | A | Int. | J | T | | | | | |
| 78. Britton & Koontz Bank CD | A | Int. | K | T | | | | | |
| 79. United Mississippi Bank CD | A | Int. | L | T | | | | | |
| 80. Undivided interest in oil, gas and other minerals (Alex Ventress) - ███████ ███████ Wilkinson County, MS | C | roy. | J | W | | | | | |
| 81. 1/3 int. in ███████ ███████ Wilkinson County, MS | B | Hunting Lease | N | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/8/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME<br>during<br>reporting<br>period | | C.<br>GROSS VALUE<br>at end of<br>reporting<br>period | | D.<br>TRANSACTIONS<br>during<br>reporting<br>period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1<br>Code | (2)<br>Type | (1)<br>Value2<br>Code | (2)<br>Value<br>Method3 | (1)<br>Type | (2)<br>Date | (3)<br>Value2<br>Code | (4)<br>Gain1<br>Code | (5)<br>Identity |
| 82. Inherited from Est. of Martha C. Walters: | | | | | | | | | |
| Exxon Mobil | A | div. | K | T | | | | | |
| NBC Capital Corp. (Cadence) | B | div. | K | T | | | | | |
| Wachovia Corp. | D | div. | K | T | | | | | |
| Norfolk Southern Corp. | A | div. | J | T | | | | | |
| 83. NBC Capital Corp. | A | div. | K | T | Sold | 1/5 | K | | |
| 84. New Investment Account -KMP, Ridgeland Stocks: | | | | | | | | | |
| Garmin | A | div. | K | T | Buy<br>Ptl.<br>Sale<br>Sold | 1/7<br><br>8/23<br>11/6 | K<br><br>K<br>K | <br><br><br>E | |
| Chevron | A | div. | K | T (This was listed on FDR 2006 Item #82 from Estate of Martha C. Walters and has been transferred to this account) | | | | | |
| Hibernia Bank | A | div. | J | T (This was listed on FDR 2006 Item # 7 and has been transferred to this account) | | | | | |
| Ready Assets Fund | B | Div. | L | T | | | | | |
| 85. ½ interest in Wilson house, Woodville, MS Value at acquisition - $14,600) | A | Rent | J | R | Buy | 1/3 | J | | Lee Dell Wilson |
| 86. Britton & Koontz Bank - CD | A | Int. | L | T | | | | | |
| 87. 1/3 int of ███ ██████████ in Phillips County, Arkansas | | None | N | R | Buy | 12/15 | N | | Smythe/Potts heirs |

FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRAMLETTE, DAVID C., III | 7/11/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 1. 50% interest in rental account- Regions Bank (formerly AmSouth Bank) acct. | A | rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank (formerly AmSouth Bank) acct. | A | rent | J | T | | | | | |
| 3. 25% interest in farm acct.-Regions Bank (formerly AmSouth Bank) acct. | A | rent | J | T | | | | | |
| 4. 25% interest in estate account-inherited property Regions Bank (formerly AmSouth Bank) acct. | E | rent | J | T | | | | | |
| 5. Entergy | A | div. | K | T | | | | | |
| 6. GW Utilities, Ltd. | B | div. | J | T | | | | | |
| 7. Hibernia Bank | A | div. | | | Transferred to New Investment Acct. Item No. 84 and then sold and proceeds put in ready asset account | | | | |
| 8. CSX | A | div. | J | T | | | | | |
| 9. Abitibi-Price, Inc. | A | div. | J | T | | | | | |
| 10. Highland Corp. | C | div. | J | T | | | | | |
| 11. Highpoint Corp. | A | div. | J | T | | | | | |
| 12. Nuveen Flagship Muni. Bond | | | | | Items 12 and 13 have previously been duplicated on this report. They are now correctly listed in Item 58 on page 14, which has been inadvertently listed as a Regions Bank account and is, in fact, a Smith Barney Account. | | | | |
| 13. Washington Mutual Investors Fund | | | | | | | | | |

RECEIVED 2008 JUL 14 A 9:40 DISCLOSURE FINANCIAL OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 14. First Colony Life | B | div. | K | T | | | | | |
| 15. Penn Mutual | A | div. | M | T | | | | | |
| 16. New York Life | A | div. | L | T | | | | | |
| 17. Equitable Life | A | div. | L | T | | | | | |
| 18. Southern Farm Bureau | A | div. | J | T | | | | | |
| 19. CHARLES SCHWAB (FORMERLY MERRILL LYNCH) INVESTMENT ACCOUNT: | | | | | | | | | |
| STOCKS: | | | | | | | | | |
| AMR Corp. | A | div. | | | Sold | 12/19 | J | | |
| AT&T New | A | div. | J | T | | | | | |
| Agilent Technologies, Inc. | A | div. | | | Sold | 11/29 | J | | |
| American Intl. Group Inc. | A | div. | J | T | | | | | |
| Anadarko Pete Corp. | A | div. | J | T | | | | | |
| Arkansas Power & Light | B | div. | J | T | | | | | |
| Ashland, Inc. | A | div. | J | T | | | | | |
| Avery Dennison | A | div. | | | Sold | 10/23 | J | | |
| BMC Software, Inc. | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code | (2) 1 Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| BankAmerica Corp. New Del | A | div. | J | T | | | | | |
| Baxter Interntl, Inc. | A | div. | J | T | | | | | |
| Becton Dickinson & Co. | A | div. | J | T | Buy | 9/28 | J | | |
| BJ Services Co. | A | div. | | | Sold | 3/19 | J | | |
| BP Amoco PL | A | div. | J | T | | | | | |
| Burlington N Sante Fe | A | div. | J | T | | | | | |
| Carnival Corp. | A | div. | J | T | | | | | |
| Caterpillar, Inc. | A | div. | J | T | | | | | |
| Chubb Corp. | A | div. | J | T | | | | | |
| CIGNA | A | div. | J | T | | | | | |
| CISCO Systems, Inc. | A | div. | J | T | | | | | |
| Coca Cola Ent. | A | div. | | | Sold | 9/28 | J | | |
| Corning Inc. | A | div. | J | T | Buy | 6/4 | J | | |
| Coventry Health Care Inc. | A | div. | | | Sold | 6/28 | J | | |
| Deere & Co. | A | div. | J | T | | | | | |
| Dominion Res Inc VA New | A | div. | J | T | | | | | |
| Donnelley RR L& Sons Co. | A | div. | J | T | Buy | 1/24 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code | (2) 1 Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Dow Chemical Company | A | div. J | T | | Buy | 5/2 | J | | |
| E Trade Financial Corp. | A | div. J | T | | Buy | 7/11 | J | | |
| Ericson LM Tel CL B ADR | A | div. | | | Sold | 11/28 | J | | |
| First Energy Corp. | A | div. | | | Sold | 2/28 | J | | |
| Fisher Scientific IN | A | div. J | T | | | | | | |
| Freeport McMorn CP&GLD B Class B | A | div. J | T | | | | | | |
| General Dynamics Corp. | A | div. | J | T | | | | | |
| General Electric | A | div. | J | T | | | | | |
| Glaxo Smith Kline PLC AD RF | A | div. | | | Sold | 7/30 | J | | |
| Global Sante Fe Corp. Stock merger w/Transocean Inc., NEW | A | div. | J | T | Buy Stock Merger | 9/10 11/27 | J J | | |
| Goldman Saks Group Inc | A | div. | J | T | Buy | 12/20 | J | | |
| Harris Corporation | A | div. | J | T | Buy | 11/29 | J | | |
| Hewlett Packard Co. | A | div. | J | T | | | | | |
| Home Depot | A | div. | | | Sold | 6/28 | J | | |
| Intl. Business Machines | A | div. | J | T | Buy | 8/31 | J | | |
| Johnson & Johnson | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Kroger Co. | A | div. | J | T | Buy | 9/11 | J | | |
| L-3 Communications HLDGS | A | div. | J | T | | | | | |
| Laboratory CP Amer Hldgs. | A | div. | J | T | | | | | |
| MGIC Investment Corp. | A | div. | | | Sold | 7/26 | J | | |
| Manpower, Inc. | A | div. | J | T | | | | | |
| Merrill Lynch & Co. | A | div. | | | Sold | 9/7 | J | | |
| J P Morgan Chase & Co. | A | div. | J | T | | | | | |
| Morgan Stanley | A | div. | | | Buy | 9/10 | J | | |
| | | | | | Sold | 12/20 | J | | |
| Nestle SA Rep RG SH ADR | A | div. | J | T | | | | | |
| Nokia Corp. | A | div. | J | T | | | | | |
| Norfolk Southern Corp. | A | div. | J | T | | | | | |
| Nucor Corp. | A | div. | | | Sold | 1/24 | J | | |
| Patterson UTI Energy Inc. | A | div. | | | Sold | 4/20 | J | | |
| Pfizer | A | div. | J | T | | | | | |
| Pitney Bowes | A | div. | J | T | Buy | 6/29 | J | | |
| Plum Creek Timber Co. - REIT | A | div. | | | Sold | 2/5 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) If not exempt from disclosure | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| PNC FINCL Service Group | A | div. | J | T | | | | | |
| Praxair, Inc. | A | div. | J | T | | | | | |
| Proctor Gamble | A | div. | J | T | | | | | |
| Prudential Financial, Inc. | A | div. | J | T | | | | | |
| Public Svc Ent Group | A | div. | J | T | Buy | 2/20 | J | | |
| Quest Diagnostics | A | div. | J | T | Buy | 7/27 | J | | |
| | | | | | Buy | 11/7 | J | | |
| Republic Services, Inc. | A | div. | J | T | | | | | |
| Rockwell Collins Inc. | A | div. | J | T | Buy | 8/7 | J | | |
| Sara Lee Corp. | A | div. | J | T | Buy | 1/26 | J | | |
| Schering Plough Corp. | A | div. | J | T | | | | | |
| Schlumberger LTD. | A | div. | J | T | | | | | |
| Seagate Technology | A | div. | | | Sold | 7/11 | J | | |
| Shire PLC ADR | A | div. | | | Sold | 6/28 | J | | |
| St Paul Travelers Cos | A | div. | | | Sold | 1/26 | J | | |
| Sunburst Bks Inc. | A | div. | J | T | | | | | |
| Target | A | div. | J | T | | | | | |
| Terex Corp. | A | div. | | | Sold | 6/14 | J | | |
| Time Warner | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| Travelers PPTY CAS CRP A | A | div. | J | T | | | | | |
| United Parcel Service | A | div. | | | Sold | 2/14 | J | | |
| 3M Company | A | div. | J | T | Buy | 4/23 | J | | |
| CASH & EQUIVALENTS: | | | | | | | | | |
| CMA Money Fund | A | int. | K | T | | | | | |
| CMA Government Securities Fund | B | int. | J | T | | | | | |
| MUNICIPAL BONDS: | | | | | | | | | |
| Jackson, MS Pub Sch Dist | A | int. | K | T | | | | | |
| MS St Univ. EDL Bldg. CRP RV PWR OID FCIC JAN 04 03.500% Aug 01 13 | A | Int. | L | T | | | | | |
| MS St 5.5%10 GO UTX Due 9/1/10 | A | Int. | K | T | | | | | |
| MS St 5.25%13 GO Due 11/1/13 | A | Int. | K | T | Buy | 6/6 | K | | |
| 20. Undivided 1/4 int. in ███████████ Wilkinson Co., MS Inherited 10/84 - Value at acquisition $250,000 | D | rent | N | R | | | | | |
| 21. Undivided 1/20 int. in ██████ property, Adams Co., MS Purchased 8/86 - Value at acquisition $23,000 | C | Timber Sale | K | R | Timber Sale | 11/7 | J | | J. M. Jones Lumber Co. |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 22. Undivided int. in small tract known as ▮▮▮▮ ▮▮▮, Adams Co., MS Purchased 6/82 - Value at acquisition $5,000 | D | Timber Sale | J | R | Timber Sale | 11/30 | J | | Good Hope, Inc. |
| Additional 50% int. in ▮▮▮▮▮▮▮▮▮, a/k/a ▮▮▮▮▮▮▮▮ ▮▮ Purchased 4/98 - Value at acquisition - $8,098) | None | | J | R | | | | | |
| Additional 50% int. in ▮▮▮▮▮▮▮▮ a/k/a ▮▮▮▮▮▮▮ ▮▮ Purchased 4/98 - Value at acquisition - $12,500 | None | | K | R | | | | | |
| ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ Purchased 8/99 - value at acquisition $16,895 | None | | K | R | | | | | |
| 23. Undivided 1/30 int. in property known as ▮▮▮▮▮ ▮▮▮▮▮ Wilkinson Co., MS - Purchased 10/87 - value at acquisition $60,000 | None | | M | R | | | | | |
| Additional 1/30 int. in ▮▮ ▮▮ known as ▮▮▮▮▮ ▮▮▮▮▮, Wilkinson Co., MS - Value at acquisition (2/99) $20,000 | None | | K | R | | | | | |
| Additional 1/30th int. in property known as ▮▮▮▮▮ ▮▮▮▮▮ Wilkinson Co., MS - Value at acquisition $36,666.66 | None | | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 24. 100% ownership (in name of Orchard Corporation) of rental property known as Cliff's Convenience Corner, Wilkinson Co., MS Inherited 1976 - Value at acquisition $65,000 | D | rent | L | R | | | | | |
| 25. Undivided 1/2 int. (in name of Three-Way Corp.) in commercial rental property, Wilkinson Co., MS, including service stations, automobile dealership and surrounding property - Inherited 1984 - Value at acquisition $25,000 | D | rent | K | R | | | | | |
| 26. Undivided 1/4 int. in ▆▆▆ property incl. ▆▆▆▆ ▆▆ lots and residence ▆▆▆▆▆▆▆▆ in Block-Square 22 Div. 1, Lots ▆▆▆▆▆▆▆▆ ▆ - Inherited 1984 - Value at acquisition $40,000 | E | rent | K | R | | | | | |
| 27. Small law office, ▆▆▆▆▆▆▆, Woodville, MS Inherited 1984 - Value at acquisition $12,000 | None | | J | R | | | | | |
| 28. Partnership interest in Valley Farm  Bigbee Valley, MS - Inherited 1980 - Value at acquisition $200,000 | D | Farm & Timber Income | N | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 29. ▮▮▮▮. land Inherited 1980 - Value at acquisition $1,500 | None | J | R | | | | | | |
| 30. 1/4 int. ▮▮▮▮▮ timberland, Wilkinson Co., MS - Inherited 1984 - Value at acquisition $18,000 | None | K | R | | | | | | |
| 31. 1/2 int. ▮▮▮▮▮ ▮▮▮▮, Wilkinson Co. Inherited 1984 - Value at acquisition $13,500 | None | J | R | | | | | | |
| 32. Undivided int. in lands located in Noxubee Co., MS, as follows: ▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮. Inherited 1983 - Value at acquisition $30,000 | C | Tree Farm | M | R | | | | | |
| 33. 1/2 int., ▮▮▮▮ ▮▮▮▮ Lamar Co., AL Series of gifts 1983 - Value at acquisition $10,000 | None | L | R | | | | | | |
| 34. Undivided int. ▮▮ ▮▮▮▮, Pickens Co., Gift/Inherited 1983 - Value at acquisition $12,000 | A | Roy. | J | R | | | | | |
| 35. 3/16th undivided int. Glasscock Island ▮▮▮ ▮▮ Concordia Parish, LA Purchased 2/92 - Value at acquisition $35,000 | B | Rent | M | R | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRAMLETTE, DAVID C., III | 7/11/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | | If not exempt from disclosure | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| Additional .033337 un-divided interest Glasscock Island ▓▓▓▓▓▓▓ Purchased 8/04 - Value at acquisition $42,780 | B | Rent | K | R | | | | | |
| 36. Interest in Layson, ▓▓▓▓▓▓ Wilkinson Co., MS Purchased 3/92 - Value at acquisition $137,500 | B | Conservation Reserve Program | L | R | | | | | |
| 37. Various non-producing undivided ints. in oil, gas and other minerals in the following locations: | | | | | | | | | |
| Noxubee Co., MS | A | roy. | J | W | | | | | |
| Pickens County, AL | A | roy. | J | W | | | | | |
| Tensas Parish, LA | A | roy. | J | W | | | | | |
| Concordia Parish, LA | A | roy. | J | W | | | | | |
| Adams Co., MS | A | roy. | J | W | | | | | |
| Wilkinson Co., MS | A | roy. | J | W | | | | | |
| 38. Producing minerals: ▓▓▓▓▓▓▓▓, Lamar Co., AL,Oper., Moon-Hines, Well No. Moon-Hines #1; Cunningham-Taylor; roy. int. .0016129 | A | roy. | J | W | | | | | |
| 39. Jefferson Co., MS: Buena Vista/C.P. and Buena Vista/Burkley-Anderson Oil Company | A | roy. | J | W | | | | | |
| 40. Wilkinson Co., MS: Ashland Oil Co. (now Plains Marketing), various ▓▓▓▓▓▓ | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 41. Wilkinson Co., MS: Texaco(now Ergon)-Cc. P. Long ▅▅▅▅▅ | A | roy. | J | W | | | | | |
| 42. Amite Co., MS: Waller Bros., Inc.(now J. P. Oil and Gungull Expl.) -Winnie Kepper, et al. | A | roy. | J | W | | | | | |
| 43. Wilkinson Co., MS: Prairie Prod. Co.-Hughes Eastern-Millbrook Unit Adams County, MSA | A | roy. | J | W | | | | | |
| 44. ANCOA-Parker 1-3 & SCBR1 | A | roy. | J | W | | | | | |
| 45. Wilkinson Co., MS: Hood-Goldsberry/D/O ▅▅▅▅ | A | roy. | J | W | | | | | |
| 46. Wilkinson Co., MS: Pacific-Enterprises/J. Carter-A. Walker- ▅▅▅▅ | A | roy. | J | W | | | | | |
| 47. .000032 working int. Odgon Unit Wells 2, 3 & 4 | A | int. | K | W | | | | | |
| 48. .0013646 royalty int. Freedom Field, Wilkinson Co., MS CMRA 1 & 2 wells Threshold | B | roy. | J | W | | | | | |
| 49. Vac-Sharp-State Unit, Concordia Parish, LA - (McGowan Working Ptnrs.) | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | | If not exempt from disclosure | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| 50. Undivided ▆▆▆ int. in ▆▆▆▆▆▆ ▆▆ Wilkinson Co., MS | None | J | W | | | | | | |
| 51. Producing minerals: Oxy-Well ▆▆▆, .0013646 working interest, Wilkinson County, MS | D | roy. | J | W | | | | | |
| 52. 1/6th interest in So. Canal Street Partnership. Partnership formed 1993 - Value at acquisition $50,000) | D | rent | K | R | | | | | |
| 53. ▆▆▆▆ in Wilkinson County, MS, ▆▆▆▆▆▆ ▆▆▆▆▆▆ ▆▆▆, known as Buck Island - Value at acquisition (9/94) $1,600,000 | E | Rent & Timber | P1 | R | | | | | |
| 54. Lot ▆▆▆ in size in ▆▆▆▆, Wilkinson County, MS Value at acquisition (10/94) $16,000 | None | J | R | | | | | | |
| Lot ▆▆ in size in ▆▆▆▆▆, Wilkinson County, MS Purchased 9/00 - Value at acquisition - $17,000 | None | K | R | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 55. 1/24th undivided int. in ▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓, Adams County, MS - Value at acquisition (2/94) $50,000) | G | Timber Sale | K | R | Timber Sale | 3/2 | M | | Scott Settoon |
| 56. U. S. Government Bonds | | None | K | T | | | | | |
| 57. 10% mineral interest ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ Concordia Parish, LA | A | roy. | J | W | | | | | |
| Additional mineral int. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ Concordia Parish, LA | A | roy. | J | W | | | | | |
| 58. Smith Barney Account: Nuveen Flagship Muni. Bond | SEE EXPLANATION PAGE 1 ITEMS 12 AND 13 | | | | | | | | |
| | A | int. | J | T | | | | | |
| Washington Mutual Inv. Fund | A | div. | K | T | | | | | |
| U.S. Treas. Sec. Stripped Int. Pmt. Fixed Income | | none | J | T | | | | | |
| 59. 50% interest in Geoghegan Properties, L.P. | C | div. | P1 | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | | If not exempt from disclosure | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| 60. 50% int. in S.C.G. Properties, L. P., including ½ int. in lot owned in Town of Woodville behind Commerical Row and building thereon | E | Rent | L | T | Rent | 2007 | J | | BellSouth |
| 61. 0.045% partnership int. in Walters Group, Ltd. | C | div. | J | T | | | | | |
| 62. 1/2 int. in Hard Times, Inc., | C | rent | K | T | | | | | |
| 63. 2/5 int. ▉▉▉▉▉, ▉▉, Wilkinson County, MS - Value at acquisition (9/97) $88,000 | | None | M | R | | | | | |
| Additional 20% int. in ▉▉▉▉▉▉▉▉n County, MS - 5/02 $75,000 | | None | L | R | | | | | |
| 64. ▉▉▉▉▉▉, ▉▉▉▉▉▉▉, ▉▉▉▉▉, Wilkinson County, MS - 11/98 and 3/01 - Value at acquisition $300,000 | | None | N | R | | | | | |
| 65. Regions Bank (formerly AmSouth Bank) Money Market Account | A | div. | K | T | | | | | |
| 66. World Wrestling Fedn Entmt, Inc. | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 67. 1/4 int. ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓, Adams County, MS, known as ▓▓▓▓▓▓▓▓▓▓ - Value at acquisition (1970) $5,000 | A | rent | J | R | | | | | |
| 68. 50% int. in Parcel ▓ ▓▓▓▓▓▓▓▓▓, Woodville, Wilkinson County, MS - Value at acquisition (1997) $40,000 | A | rent | K | R | | | | | |
| 69. Edward Jones Account: Cash and Money Market | A | div. | K | T | | | | | |
| 70. 1/16th int. ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓, Wilkinson County, MS 12/2000 - Value at acquisition- 30,875 | None | | K | R | | | | | |
| 71. Undivided ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ Wilkinson County, MS 3/2000 - Value at acquisition - $67,000 | None | | L | R | | | | | |
| 72. 2/24 int. ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓, Wilkinson County, MS - 7/01 $100,000 | None | | L | R | | | | | |
| 73. Undivided 10% of 2/3 int. ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓, Wilkinson County, MS 3/02 - $30,231 | None | | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 74. Undivided int. in ███████████ Wilkinson County, MS 3/02 - $30,231 | None | J | R | | | | | | |
| Undivided int. in ██████████, Wilkinson County, MS 11/02 - $8,722 | None | J | R | | | | | | |
| 75. National Financial Services, LLC (IRA) | A | Int. | K | T | | | | | |
| 76. Munder Funds (Health-care Fund) | None | J | T | | | | | | |
| 77. American Funds (Growth Fund) | A | Int. | J | T | | | | | |
| 78. Britton & Koontz Bank CD | A | Int. | K | T | | | | | |
| 79. United Mississippi Bank CD | A | Int. | L | T | | | | | |
| 80. Undivided interest in oil, gas and other minerals (Alex Ventress) - ██████ ███████ Wilkinson County, MS | C | roy. | J | W | | | | | |
| 81. 1/3 int. ██████████ █████████ Wilkinson County, MS | B | Hunting Lease | N | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/11/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME during reporting period | | C.<br>GROSS VALUE at end of reporting period | | D.<br>TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | | If not exempt from disclosure | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amt. 1 Type<br>Code | | Value2<br>Code | Value<br>Method3 | Type | Date | Value2<br>Code | Gain1<br>Code | Identity |
| 82. Inherited from Est.<br>of Martha C. Walters: | | | | | | | | | |
| Exxon Mobil | A | div. | K | T | | | | | |
| NBC Capital Corp.<br>(Cadence) | B | div. | K | T | | | | | |
| Wachovia Corp. | D | div. | K | T | | | | | |
| Norfolk Southern Corp. | A | div. | J | T | | | | | |
| 83. NBC Capital Corp. | A | div. | | | Sold | 1/5 | K | | |
| 84. New Investment Account<br>-KMP, Ridgeland Stocks: | | | | | | | | | |
| Garmin | A | div. | | | Buy | 1/7 | K | | |
| | | | | | Ptl.<br>Sale | 8/23 | K | | |
| | | | | | Sold | 11/6 | K | E | |
| Chevron | A | div. | K | T (This was listed on FDR 2006 Item #82 from Estate of Martha C. Walters and has been transferred to this account) | | | | | |
| Hibernia Bank | A | div. | J | T (This was listed on FDR 2006 Item # 7 and has been transferred to this account) | | | | | |
| Ready Assets Fund | B | Div. | L | T | | | | | |
| 85. ½ interest in Wilson<br>house, Woodville, MS<br>Value at acquisition -<br>$14,600) | A | Rent | J | R | Buy | 1/3 | J | | Lee Dell Wilson |
| 86. Britton & Koontz<br>Bank - CD | A | Int. | L | T | | | | | |
| 87. 1/3 int ▓▓▓▓<br>▟▓▓▓▓▓▓▓▓▓) in<br>Phillips County,<br>Arkansas | | None | N | R | Buy | 12/15 | N | | Smythe/Potts heirs |